# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
         Plaintiff

v.

KATHY J. KROH
JACK R. KROH

Civil Action No: 09-457

## ORDER FOR SERVICE BY POSTING TO PROPERTY AND CERTIFIED MAIL

AND NOW, this 2nd day of June, 2009, it appearing by Plaintiff's Motion and Affidavit, to the satisfaction of the Court, that the Defendant, KATHY J. KROH, cannot, upon diligent inquiry, be found so as to be personally served with the Summons and Complaint in Mortgage Foreclosure, the object of which is to foreclose on a real estate mortgage held by the Plaintiff, against real property located within the WESTERN District of Pennsylvania, situated at 152 S. 7th Avenue, Clarion, PA 16214

hereby ORDERED, ADJUDGED AND DECREED that the Summons and Complaint in Mortgage Foreclosure be served on the Defendant by Plaintiff or its agent by posting a copy of the Summons and Complaint in Mortgage Foreclosure on the property to be foreclosed, in accordance with F.R.C.P. 4(e)(1) and Pa.R.C.P. 430(a) and 410(c)(2), and by regular and certified mail addressed to Defendant, KATHY J. KROH, at the mortgaged property, 152 S. 7th Avenue, Clarion, PA 16214, and to Defendant's last known address, 68 Rockwood Avenue, Lot 37, Oil City, PA 16301. Service of the notice of sale may be accomplished in like manner. Service shall be completed upon posting or upon mailing, whichever occurs later.

_____
                             J.