UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
              Plaintiff

v.

KATHY J. KROH
JACK R. KROH

Civil Action No: 09-457

## ORDER FOR SERVICE BY POSTING TO PROPERTY AND CERTIFIED MAIL

AND NOW, this 3rd day of Dec 2009, it appearing by Plaintiff's Motion and Affidavit, to the satisfaction of the Court, that the Defendant cannot, upon diligent inquiry, be found so as to be personally served with the Notice of US Marshal Sale of real property located within the WESTERN District of Pennsylvania, situated at 152 S. 7th Avenue, Clarion, PA 16214

it is hereby ORDERED, ADJUDGED AND DECREED:

That the Notice of US Marshal Sale be served on the Defendant by Plaintiff or its agent by posting a copy of the Notice of US Marshal Sale on the property to be foreclosed, 3129.2 (c) in accordance with Federal Rule of Civil Procedure 4(e)(1) and Pennsylvania Rule of Civil Procedure 430(a) and Pennsylvania Rule of Civil Procedure 410(c)(2) and by regular and certified mail to the Defendant's last known address. Service shall be completed upon posting or upon mailing, whichever occurs later.

                                                                                       _____
                                                                                               J.