# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>KATHY J. KROH<br>JACK R. KROH<br>Defendants | Civil Action No: 09-457 |

## ORDER

AND NOW, this 17th day of June, 2010, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1. That the public sale held on April 16, 2010 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to Brian T. Acey, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of KATHY J. KROH and JACK R. KROH in and to the premises sold located at 152 S. 7th Avenue, Clarion, PA 16214.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

_____ J.